IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | In Chapter 7 |
| ) | |
| **GRAHAM & TERESA MOORHOUSE** ) | No. 06 B 10337 |
| ) | |
| ) | Judge John H. Squires |
| Debtor. ) | |

## FIRST AND FINAL FEE APPLICATION & REQUEST FOR REIMBURSEMENT OF EXPENSES OF COHEN & KROL

NOW COMES Yan Teytelman and Cohen & Krol, as attorneys for Chapter 7 Trustee Gina B. Krol, and apply to this Honorable Court for an order approving the payment of fees in the amount of $1,842.00 and expenses in the amount of $27.54 pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in support thereof state as follows:

### I. BACKGROUND

1. On August 22, 2006, the Debtors, Graham & Teresa Moorhouse, filed the instant Voluntary Petition under Chapter 7 of Title 11, United States Code.

2. That Gina B. Krol is the duly appointed, qualified and acting Trustee herein.

3. That the Section 341 Meeting of Creditors was held on October 10, 2006.

4. That the order employing Cohen & Krol as attorneys for Trustee was entered on October 27, 2006.

5. This is the First and Final Fee Application & Request for Reimbursement of Expenses brought by Cohen & Krol. No previous Fee Application or Request for

Reimbursement of Expenses was brought by Cohen & Krol in the instant matter.

## II. SERVICES COVERED BY THIS APPLICATION

6.   Cohen & Krol rendered services in the instant case which benefitted the Debtor's Bankruptcy Estate during the period of October 19, 2006 to November 4, 2006. (See Itemization of Services Rendered, attached hereto as Exhibit "A.") The services performed by Cohen & Krol are described in the following paragraphs and are summarized as follows:

| ACTIVITY | HOURS | AMOUNT REQUESTED |
|---|---|---|
| Liens | 0.40 | $140.00 |
| Professional Employment | 3.00 | $1,002.00 |
| Sale of Assets | 2.00 | $700.00 |
| **TOTAL:** | **3.00** | **$1,842.00** |

7.   **LIENS**

Cohen & Krol reviewed motion to avoid lien filed by the debtor, and appeared in Court on the same motion.

Cohen & Krol has expended 0.40 hours in performing the above-described services and is seeking compensation in the amount of $140.00.

8.   **PROFESSIONAL EMPLOYMENT**

Cohen & Krol drafted the motion to employ the firm as attorneys for Trustee and appeared in Court on the motion. Cohen & Krol also drafted the motion to employ Donald Dodge to sell debtor's 2005 Wells Fargo Concession Trailer and appeared on Court on the motion.

Cohen & Krol has expended 3.00 hours in performing the above-described services and is seeking compensation in the amount of $1,002.00.

9. **SALE OF ASSETS**

Cohen & Krol attended the auction to sell debtor's 2005 Wells Cargo Concession trailer.

Cohen & Krol expended 2.00 hours in performing the above-described services and is seeking compensation in the amount of $700.00

### III. SUMMARY

10. That the hourly rate for Cohen & Krol is as follows:

| Attorney | Year | Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| Gina B. Krol | 2006 | 350.00 | 4.60 | 1,610.00 |
| Linda M. Kujaca | 2006 | 290.00 | 0.80 | 232.00 |

11. That the fair market value of the services to the Debtor's Bankruptcy Estate rendered by Cohen & Krol, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by Cohen & Krol for services of this type is $1,842.00.

12. That Cohen & Krol has further incurred expenses related to the instant matter in the amount of $27.54.

13. That the above-described fees and expenses are sought to be allowed and paid to Cohen & Krol by the Trustee, Gina B. Krol.

## IV. CONCLUSION

WHEREFORE, Cohen & Krol, requests that this Court enter an Order:

A. Determining that the legal services and fees incurred were necessary and reasonable;

B. Allowing compensation to Cohen & Krol in the amount of $1,842.00, to be paid by the Trustee Gina B. Krol;

C. Allowing the Trustee to reimburse Cohen & Krol for expenses in the amount of $27.54;

D. Granting such other and further relief as this court may deem just and proper.

Respectfully submitted:

By: /s/ Yan Teytelman
One of Attorneys for Trustee

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
Cohen & Krol
105 West Madison Street, Suite 1100
Chicago, IL 60602
(312) 368-0300