JOHN H. SQUIRES

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| MOORHOUSE, GRAHAM V | § | Case No. 06-10337 SQU |
| MOORHOUSE, TERESA A | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF BANKRUPTCY COURT
    KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/08/2010 in Courtroom 4016,
    United States Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2010    By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MOORHOUSE, GRAHAM V § Case No. 06-10337 SQU
MOORHOUSE, TERESA A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,068.98 |
| *and approved disbursements of* | $ | 1,948.96 |
| *leaving a balance on hand of*[1] | $ | 4,120.02 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $   1,356.90 | $   0.00 |
| *Attorney for trustee: Cohen & Krol* | $   1,842.00 | $   0.00 |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | Cohen & Krol | $ 0.00 | $ 27.54 |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,674.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Innovative Bank | $ 4,534.82 | $ 104.78 |
| 000002 | Hilco Receivables LLC | $ 7,272.94 | $ 168.04 |
| 000003 | T-Mobile Bankruptcy | $ 236.70 | $ 5.47 |
| 000004 | Citibank ( South Dakota) N.A. | $ 1,780.39 | $ 41.14 |
| 000005 | World Financial Network National Bank | $ 575.64 | $ 13.30 |
| 000006 | LVNV Funding LLC its successors and assigns as | $ 1,024.11 | $ 23.66 |
| 000007 | LVNV Funding LLC its successors and assigns as | $ 8,987.11 | $ 207.65 |
| 000008 | eCAST Settlement Corporation assignee of | $ 11,648.35 | $ 269.14 |
| 000009 | World Financial Netwk Ntnl Bank-Harlem Furniture | $ 2,614.23 | $ 60.40 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
                            Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                 Page 1 of 2                   Date Rcvd: Sep 10, 2010
Case: 06-10337                 Form ID: pdf006             Total Noticed: 47

The following entities were noticed by first class mail on Sep 12, 2010.
db/jdb       +Graham V. Moorhouse,    Teresa A. Moorhouse,    3925 Liberty Blvd.,    Westmont, IL 60559-1107
aty          +Gregory J Martucci,    Law Office Of Gregory J. Martucci,    203 E. Irving Park Rd.,
               Roselle, IL 60172-2004
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
               Chicago, IL 60603-6306
tr           +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10878430     +AMCA,   2269 S. Saw Mill River Rd.,    Bldg. 3,   Elmsford, NY 10523-3848
10878434      ARI S Holiday Network,    P.O. Box 78436,    Phoenix, AZ 85062-8436
10878431     +AmSher,   600 Beacon Parkway W., Ste. 300,    Brimingham, AL 35209-3114
10878432     +Anesthesiologists, Ltd.,    185 Penny Avenue,    East Dundee, IL 60118-1454
10878433     +Apex Financial,    P.O. Box 2189,   Northbrook, IL 60065-2189
10878435     +AtlanticCredit & Finance Inc.,    P.O. Box 1338,    Roanoke, VA 24007
10878437      CBE Group,    131 Towers Park, Suite 100,    P.O. Box 2635,    Waterloo, IA 50704-2635
11000010     +Citibank ( South Dakota) N.A.,    BP AMOCO Payment Center,    4740 121st Street,
               Urbandale  IA 50323-2402
10878438      Citicard,    P.O. Box 9014,   Des Moines, IA 50368
10878439     +Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
10878442     +DPS,   223 W. Jackson Blvd.,    Chicago, IL 60606-6908
10878440      Dish Network,    Dept. 0063,   Palatine, IL 60055-0063
10878441     +Diversified Consultants,    P.O. Box 551268,    Jacksonville, FL 32255-1268
10878443      DuPage Internal Medicine,    350 W. Kingsington Rd., Ste. 115,    Mt. Propspect, IL 60056
10878446     +Ecast Settlement Corporation,    assignee of Household Finance Corp.,    PO Box 35480,
               Newark, NJ 07193-5480
10878444     +Freedman Anselmo Linberg & Rappe LLC,    P.O. Box 3228,    Naperville, IL 60566-3228
10878445     +GC Services,    P.O. Box 7850,   Baldwin Park, CA 91706-7850
10994350      HILCO Receivables LLC,    Assignee of BANK OF AMERICA by,    eCAST Settlement Corporation as,
               its agent,   POB 35480,    Newark NJ 07193-5480
10878447     +HSBC Retail,    P.O. Box 5244,   Carol Stream, IL 60197-5244
10878448     +Innovative Bank,    360 14th St.,   Oakland, CA 94612-3200
10878449     +Mid-Aamerica Bank,    2650 Warrenville Rd., Ste. 500,    P.O. Box 7039,
               Downers Grove, IL 60515-7039
10878450     +Mid-America Bank,    2650 Warrenville Rd., sTE. 500,    Downers Grove, IL 60515-2074
10878453     +NCO Financial Systems,    P.O. Box 15630, Dept. 99,    Wilmington, DE 19850-5630
10878452     +Nations Recovery Center, Inc.,    6491 Peachtree Industrial Blvd.,    Atlanta, GA 30360-2100
10878454      Nissan Motor Acceptance,    P.O. Box 660680,    Dallas, TX 75266-0680
10878455     +Oakbrook Anesthesiologists, Ltd.,    2425 W. 22nd St., Ste. 101,    Oak Brook, IL 60523-4642
10878456     +Oakbrook Surgical Center,    2425 W. 22nd St., Ste. 101,    Oakbrook, IL 60523-4642
10878457     +Pioneer,   6341 Inducon Drive East,    Sanborn, NY 14132-9016
10878458      Reproductive Gynecologists, S.C.,    W. Roosevelt Rd., Ste. 304,    Westchester, IL 60154
10878459      Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
10998357     +T-Mobile Bankruptcy,    PO BOX 53410,   Bellevue, WA 98015-3410,    ?
10878462      Washington Mutual Payment Processing,    P.O. Box 660548,    Dallas, TX 75266-0548
10878463     +Wells Fargo Financial,    4143 121 Street,    Urbandale, IA 50323-2310
11097297     +World Financial Netwk Ntnl Bank-Harlem Furniture,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10878464     +World Financial Network,    P.O. Box 182124,    Columbus, OH 43218-2124
10878465     +World Financial Network,    P O. Box 659704,    San Antonio, TX 78265-9704
11026119     +World Financial Network National Bank,    Lane Bryant Retail,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11155763      eCAST Settlement Corporation,    POB 35480,   Newark NJ 07193-5480
11093448      eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Sep 10, 2010.
10878436     +E-mail/Text: jraichel@cms-collect.com                            Capitol Management Services,
               726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
11034153      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11254131     +E-mail/PDF: rmscedi@recoverycorp.com Sep 11 2010 02:06:53
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10878460     +E-mail/Text: resurgentbknotifications@resurgent.com                            Sherman Financial,
               P.O. Box 10525,    Greenville, SC 29603-0525
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10878451    ##+National Asset Recovery,    2880 Dresden Dr., Ste. 200,    Atlanta, GA 30341-3920
10878461    ##+Sonnenschein Financial Services, Inc,    4749 Lincoln Mall Drive, Ste. 600,
               Matteson, IL 60443-3813
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: wepps              Page 2 of 2              Date Rcvd: Sep 10, 2010
Case: 06-10337                Form ID: pdf006          Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**                          **Signature:**          *Joseph Speetjens*