UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MOORHOUSE, GRAHAM V § Case No. 06-10337
MOORHOUSE, TERESA A §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Graham Moorehouse |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Resorts International |  |  |  |  |  |
| Client Services |  |  |  |  |  |
| Household Finance |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mid America Bank | | | | | |
| Mid America Bank | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMCA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Anesthesiologists Ltd. | | | | | |
| Apex Financial | | | | | |
| Atlantic Credit & Finance | | | | | |
| CBE Group | | | | | |
| DPS | | | | | |
| DuPage Internal Medicine | | | | | |
| GC Services | | | | | |
| HSBC Retail | | | | | |
| NCO Systems | | | | | |
| Nations Recovery Center | | | | | |
| Nissan Motor Acceptance | | | | | |
| Oakbrook Anesthesiologist | | | | | |
| Oakbrook Surigical Center | | | | | |
| Pioneer | | | | | |
| Retail Services | | | | | |
| Sherman Financial | | | | | |
| Sonnenschien Financial | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual | | | | | |
| Wells Fargo | | | | | |
| World Financial Network | | | | | |
| INNOVATIVE BANK | | | | | |
| T-MOBILE BANKRUPTCY | | | | | |
| CITIBANK ( SOUTH DAKOTA) N.A. | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| HILCO RECEIVABLES LLC | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| WORLD FINANCIAL NETWK NTNL BANK-HAR | | | | | |
| WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

Case 06-10337 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 40 Filed 12/27/10 Entered 12/27/10 16:03:42 Desc Main   Page: 1
ASSET CASES
Document      Page 8 of 14

| Case No: | 06-10337 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MOORHOUSE, GRAHAM V | Date Filed (f) or Converted (c): | 08/22/06 (f) |
| | MOORHOUSE, TERESA A | 341(a) Meeting Date: | 10/10/06 |
| For Period Ending: 12/07/10 | | Claims Bar Date: | 01/12/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mobile Kitchen | 22,000.00 | 6,000.00 | | 6,000.00 | FA |
| 2. Real estate | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 272.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 5. Music & Movies | 95.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. GOLF CLUBS | 30.00 | 0.00 | | 0.00 | FA |
| 9. BUSINESS INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUND | 3,639.00 | 0.00 | | 0.00 | FA |
| 11. Car | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 12. TIME SHARE | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 69.22 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $231,586.00 $6,000.00 $6,069.22 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold mobile kitchen. Trustee to review claims and prepare final report

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-10337 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MOORHOUSE, GRAHAM V | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOORHOUSE, TERESA A | | Account Number / CD #: | *******4231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2796 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/06 | 1 | American Auction Associates, Inc.<br>8515 Thomas Ave.<br>Bridgeview, IL  60455 | Proceeds of sale | 1129-000 | 6,000.00 | | 6,000.00 |
| 11/20/06 | 000301 | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL  60455 | Sale Expenses | 3620-000 | | 438.84 | 5,561.16 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.11 | | 5,562.27 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.72 | | 5,566.99 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.73 | | 5,571.72 |
| 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 4.30 | 5,567.42 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.27 | | 5,571.69 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.73 | | 5,576.42 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.59 | | 5,581.01 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.74 | | 5,585.75 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.59 | | 5,590.34 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.75 | | 5,595.09 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.75 | | 5,599.84 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.57 | | 5,603.41 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.57 | | 5,606.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.00 | | 5,609.98 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 2.68 | | 5,612.66 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 2.22 | | 5,614.88 |
| 02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 5.28 | 5,609.60 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.33 | | 5,610.93 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.33 | | 5,612.26 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.15 | | 5,613.41 |

Page Subtotals        6,061.83        448.42

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.20

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-10337 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MOORHOUSE, GRAHAM V | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOORHOUSE, TERESA A | | Account Number / CD #: | *******4231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2796 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.71 | | 5,614.12 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.69 | | 5,614.81 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.71 | | 5,615.52 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.71 | | 5,616.23 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.70 | | 5,616.93 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 5,617.47 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.46 | | 5,617.93 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 5,618.21 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,618.26 |
| 02/17/09 | 000304 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.37 | 5,613.89 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,613.93 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,613.98 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,614.10 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,614.23 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,614.38 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,614.52 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,614.66 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,614.80 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,614.94 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,615.08 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,615.22 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,615.35 |
| 02/09/10 | 000305 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.17 | 5,611.18 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,611.31 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,611.46 |

Page Subtotals     6.59     8.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-10337 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MOORHOUSE, GRAHAM V | Bank Name: | BANK OF AMERICA, N.A. |
| | MOORHOUSE, TERESA A | Account Number / CD #: | *******4231 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2796 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,611.60 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,611.74 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,611.88 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,612.02 |
| 08/10/10 | 000306 | Graham Moorehouse<br>3925 Liberty Blvd.<br>Westmont, IL 60559 | Exemption | 8100-002 | | 1,492.00 | 4,120.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,120.14 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,120.24 |
| 10/07/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,120.26 |
| 10/07/10 | | Transfer to Acct #*******0312 | Final Posting Transfer | 9999-000 | | 4,120.26 | 0.00 |

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 6,069.22 | 6,069.22 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,120.26 | |
| Subtotal | 6,069.22 | 1,948.96 | |
| Less: Payments to Debtors | | 1,492.00 | |
| Net | 6,069.22 | 456.96 | |

Page Subtotals 0.80 5,612.26

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

Ver: 15.20
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 06-10337 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MOORHOUSE, GRAHAM V | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOORHOUSE, TERESA A | | Account Number / CD #: | *******0312 BofA - Checking Account |
| Taxpayer ID No: | *******2796 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/10 | | Transfer from Acct #*******4231 | Transfer In From MMA Account | 9999-000 | 4,120.26 | | 4,120.26 |
| 10/07/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,356.90 | 2,763.36 |
| 10/07/10 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,215.72 | 1,547.64 |
| 10/07/10 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenes per Court Order | 3120-000 | | 27.54 | 1,520.10 |
| 10/07/10 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste.1100<br>Chicago, IL 60602 | Attorneys Fees per court order | 3110-000 | | 626.28 | 893.82 |
| 10/07/10 | 003005 | Innovative Bank<br>360 14th St.<br>Oakland, CA 94612 | Claim 000001, Payment 2.31123% | 7100-000 | | 104.81 | 789.01 |
| 10/07/10 | 003006 | Hilco Receivables LLC<br>PO Box 35480<br>Newark, NJ 07193 | Claim 000002, Payment 2.31117% | 7100-900 | | 168.09 | 620.92 |
| 10/07/10 | 003007 | T-Mobile Bankruptcy<br>PO BOX 53410<br>Bellevue, WA 98015 | Claim 000003, Payment 2.31094% | 7100-000 | | 5.47 | 615.45 |
| 10/07/10 | 003008 | Citibank ( South Dakota) N.A.<br>BP AMOCO Payment Center<br>4740 121st Street<br>Urbandale IA 50323 | Claim 000004, Payment 2.31129% | 7100-900 | | 41.15 | 574.30 |
| 10/07/10 | 003009 | World Financial Network National Bank<br>Lane Bryant Retail<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000005, Payment 2.31047% | 7100-900 | | 13.30 | 561.00 |

Page Subtotals    4,120.26    3,559.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 06-10337 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | MOORHOUSE, GRAHAM V | | Bank Name: | BANK OF AMERICA, N.A. |
| | MOORHOUSE, TERESA A | | Account Number / CD #: | *******0312  BofA - Checking Account |
| Taxpayer ID No: | *******2796 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/10 | 003010 | LVNV Funding LLC its successors and assigns as assignee of Resurgent Capital LP<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 2.31128% | 7100-900 | | 23.67 | 537.33 |
| 10/07/10 | 003011 | LVNV Funding LLC its successors and assigns as assignee of Resurgent Capital LP<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 2.31120% | 7100-900 | | 207.71 | 329.62 |
| 10/07/10 | 003012 | eCAST Settlement Corporation assignee of Household Finance Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000008, Payment 2.31114% | 7100-900 | | 269.21 | 60.41 |
| 10/07/10 | 003013 | World Financial Netwk Ntnl Bank-Harlem Furniture<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA 98121 | Claim 000009, Payment 2.31081% | 7100-900 | | 60.41 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,120.26 | 4,120.26 | 0.00 |
| Less:  Bank Transfers/CD's | 4,120.26 | 0.00 | |
| Subtotal | 0.00 | 4,120.26 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,120.26 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******4231 | 6,069.22 | 456.96 | 0.00 |
| BofA - Checking Account - *******0312 | 0.00 | 4,120.26 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,069.22 | 4,577.22 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 561.00 |

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-10337 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MOORHOUSE, GRAHAM V | Bank Name: | BANK OF AMERICA, N.A. |
|  | MOORHOUSE, TERESA A | Account Number / CD #: | *******0312  BofA - Checking Account |
| Taxpayer ID No: | *******2796 |  |  |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********4231

BofA - Checking Account - ********0312

/s/   GINA B. KROL

Trustee's Signature: _____  Date: 12/07/10
                     GINA B. KROL

Page Subtotals        0.00        0.00

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

Ver: 15.20

LFORM24